**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Angelica Lisi Rodriguez,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-1951-ADA-DH** |
| | § | |
| **Austin Independent School District,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 28. Judge Howell recommends that this Court **GRANT** Defendant AISD's motion to dismiss (Dkt. 25) and **DISMISS** Plaintiff's claims with prejudice. *Id.* at 12. The report further recommends that this Court **GRANT** Plaintiff's motion to correct (Dkt. 22). *Id.* The report was filed on April 2, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on both April 15, 2026 and April 16, 2026. Dkt. Nos. 35, 37. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 28), Plaintiff's objections (Dkt. Nos. 35, 37), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 28) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. Nos. 35, 37) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to correct (Dkt. 22) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that AISD's motion to dismiss (Dkt. 25) is hereby **GRANTED** and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions are hereby **DENIED AS MOOT.**

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 12th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE